# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Antoine Blake, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00379-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| N.C. Dept of Public Safety / Mountain View CI, et al, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2021 Order.

August 2, 2021

*[signature]*

Frank G. Johns, Clerk
United States District Court